E-filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510)637-3705
7      Fax: (510)637-3724
       michelle.morgan-kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

JUN 0 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES MAGISTRATE COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION

13
14  UNITED STATES OF AMERICA,        )   No. CR 06-00366 MJJ
                                     )
15         Plaintiff,                )
                                     )   PETITION FOR AND WRIT OF HABEAS
16     v.                            )   CORPUS AD PROSEQUENDUM
                                     )
17  LAWRENCE LEE WILLIAMS, JR.,      )
                                     )
18         Defendant.                )
    _____)

19
20  TO:  The Honorable Maria-Elena James, Magistrate Judge of the United States District Court
         for the Northern District of California:

21       The petition of Michelle Morgan-Kelly, Assistant United States Attorney for the Northern

22  District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad

23  Prosequendum for the person of prisoner Lawrence Lee Williams, Jr., whose place of custody

24  and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

25  //
26  //
27  //
28  //
    //

1 | prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner
2 | prays that this Court issue the Writ as presented.
3 | DATED: June 2, 2006                    Respectfully submitted,
4 |                                        KEVIN V. RYAN
                                           United States Attorney
5 |
6 |                                        /s/ 
                                           MICHELLE MORGAN-KELLY
7 |                                        Assistant United States Attorney

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | TO: **THOMAS A. KLENIESKI**, Acting United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the West County Jail, Richmond, California: |
| 4 | GREETINGS |

WE COMMAND that on June 15, 2006, at 10:00 a.m., you have and produce the body of Lawrence Lee Williams, Jr. in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Wayne D. Brazil, 1301 Clay Street, Oakland, California, so Lawrence Lee Williams, Jr. may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Lawrence Lee Williams, Jr., and further to produce Lawrence Lee Williams, Jr. at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Maria-Elena James, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   June 6, 2006          CLERK, UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA

                               By _____ BRENDA TOLBERT
                               DEPUTY CLERK

KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510)637-3705
Fax: (510)637-3724
michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00366 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| LAWRENCE LEE WILLIAMS, JR., | ) | |
| Defendant. | ) | |

Having reviewed the Petition of the United States for a Writ of Habeas Corpus Ad Prosequendum and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum shall issue for the person of prisoner Lawrence Lee Williams, Jr., whose place of custody and jailor are set forth in the requested Writ.

It is further ordered that the above-captioned matter shall be placed on the calendar of the Honorable Wayne D. Brazil, United States Magistrate Court, Oakland, California, for defendant's initial appearance on the indictment on June 15, 2006 at 10:00 a.m.

DATED: June 7, 2006

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge