BARRY J. PORTMAN
Federal Public Defender
HILARY FOX
Assistant Federal Public Defender
1301 Clay Street, Room 200C
Oakland, California 94612
Telephone: (510) 637-3500

Counsel for Defendant LAWRENCE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 06-498-MJJ |
| ) | and CR 06-366-MJJ |
| Plaintiff, ) | |
| ) | STIPULATION and [PROPOSED] |
| v. ) | ORDER TO CONTINUE |
| ) | SENTENCING HEARING DATE |
| LAWRENCE WILLIAMS, ) | |
| ) | Date: May 11, 2007 |
| Defendant. ) | Time: 2:30 p.m. |
| ) | Court: Hon. Martin J. Jenkins |
| | U.S. District Court |

These matters are currently set for sentencing on Friday, May 11, 2007, at 2:30 p.m. The parties and Probation Officer believe that a brief continuance would be appropriate in light of new information that surfaced last week regarding Mr. Williams' criminal history. Because the next date upon which all parties and the Court will be available is June 8, 2007, the parties jointly request that the matters be continued to Friday, June 8, 2007, at 2:30 p.m. for sentencing. The parties are seeking this additional time in order to consider whether the new information will affect the plea agreement previously submitted and, if appropriate, to submit a revised agreement. The Probation Officer has been consulted and will be available on the new date. Mr. Williams is out of

STIP TO CONTINUE & MODIFY SCHEDULE         - 1 -

1  custody and has no objection to the continuance.

2  SO STIPULATED.

3  Dated:     April 26, 2007                                /S/

4                                               HILARY A. FOX
                                             Attorney for Defendant WILLIAMS

5  SO STIPULATED.

7  Dated:     April 26, 2007                                /S/

8                                               DOUGLAS SPRAGUE
                                             Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

    I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the sentencing hearing currently scheduled for May 11, 2007, at 2:30 p.m. in the above-captioned matters is vacated and re-scheduled for Friday, June 8, 2007, at 2:30 p.m.

IT IS SO ORDERED.

Dated: ~~April~~ May 1 ___, 2007                             [signature]
                                                   MARTIN J. JENKINS
                                                 United States District Court