BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
LAWRENCE LEE WILLIAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00366 MJJ |
| Plaintiff, | CR 06-00498 MJJ |
| v. | STIPULATION TO CONTINUANCE; [ ORDER |
| LAWRENCE LEE WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing regarding defendant's supervised release violations, currently set for May 9, 2011 at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for May 16, 2011 at 9:30 a.m..

The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public Defender, is unavailable on May 9, 2011.

Date: May 3, 2011              /s/
                               Ellen V. Leonida
                               Assistant Federal Public Defender
                               Counsel for defendant LAWRENCE LEE WILLIAMS

Date: May 3, 2011              /s/
                               Joseph Audal
                               Special Assistant United States Attorney

ORDER

The court finds that the continuance is necessary to accommodate continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate.

IT IS SO ORDERED.

 5/4/11
Date                           HON. DONNA M. RYU
                               UNITED STATES MAGISTRATE JUDGE