United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE LEE WILLIAMS,<br><br>Defendant. | Case No.: CR-06-00366-CW (KAW)<br>CR-06-00498-CW (KAW)<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE PENDING DISPOSITION OF SUPERVISED RELEASE VIOLATION |

On March 19, 2013, Defendant Lawrence Lee Williams was summoned to appear in court on a Form 12 for violating the conditions of his supervised release, namely testing positive for controlled substances, failing to submit to drug testing, failing to attend drug treatment, and failing to submit monthly supervision reports. On March 21, 2013, Defendant made his initial appearance in accordance with the summons. Defendant, who was not in custody, was present and represented by Assistant Federal Public Defender Ellen Leonida. Assistant United States Attorney Kathryn Haun appeared on behalf of the Government. Probation Officer Darnell Hammock was also present. During the hearing, Probation requested that, in addition to Defendant's current supervised release conditions, Defendant should reside at a halfway house in Oakland pending the disposition of his Form 12.

According to Probation, this is Defendant's fourth Form 12, and each has involved progressively worse substance abuse. Each time Defendant is released he fails to comply with the conditions of his release by his continued use of controlled substances. After completing the 90-day New Bridge program, he went back to using drugs. Defendant was also laid off of his job in December 2012, and a counselor has recommended that he see a therapist for possible depression. The Court finds that a halfway house will provide a more structured environment in which Defendant can address his substance abuse problems and obtain therapy for depression, if needed.

Accordingly, the Court modifies the conditions of Defendant's supervised release to include a residential placement at a halfway house in Oakland, California, to be determined by Probation, pending the disposition of his supervised release violation.

IT IS SO ORDERED.

DATED: March 21, 2013

KANDIS A. WESTMORE
United States Magistrate Judge